SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
Five Centerpointe Drive, Suite 400
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERRY VANDERPOOL,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 05-207-AA<br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that plaintiff is awarded under the Equal Access to Justice Act, 28 U.S.C. 2412, attorney fees of $3,502.24 and, under 28 U.S.C. 1920, costs of $257.65, to be made payable to SARA L. GABIN, P.C., Attorney at Law.

DATED this ___7___ day of ___December___, 2005.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

_____
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR EAJA FEES - 1